IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MERCURINO FERRARO, an individual and ESTATE OF SALVATORE FERRARO, By and through his Administrator, MERCURINO FERRARO; MERCURINO FERRARO as Guardian Ad-Litem for SAVANAH FERRARO, a minor,

      Plaintiffs,

vs.

STATE OF CALIFORNIA, et al.,

      Defendants.

No. 2:09-cv-1721 GEB JFM (PC)

ORDER

On April 1, 2010, the undersigned held a status conference in this matter. Jeremiah House and Rudy Cosio appeared on behalf of plaintiffs. Jeffrey Steele appeared on behalf of defendants. At this conference, plaintiffs requested a modification to the scheduling order. The parties also expressed their interest in participating in mediation. Following statements made by counsel and upon consideration, IT IS HEREBY ORDERED that:

      1. Plaintiffs' request for modification to the scheduling order is denied without prejudice;

      2. No later than April 30, 2010, the parties shall file a status report to update the court on their mediation efforts;

3. This matter is referred to the court's Alternative Dispute Resolution Coordinator, Sujean Younger, for the scheduling of a mediation; and

4. The Clerk of the Court is directed to serve a copy of this order on Sujean Younger.

DATED: April 1, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

/014.ferr1721.med