IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MERCURINO FERRARO, an individual and ESTATE OF SALVATORE FERRARO, By and through his Administrator, MERCURINO FERRARO; MERCURINO FERRARO as Guardian Ad-Litem for SAVANAH FERRARO, a minor,

        Plaintiffs,        No. 2:09-cv-1721 GEB JFM (PC)

   vs.

STATE OF CALIFORNIA, et al.,

        Defendants.       <u>ORDER</u>

        /

        Plaintiffs are heirs of a deceased prisoner proceeding with an action under 42 U.S.C. § 1983. This case will be referred to District Judge Morrison C. England, Jr., to conduct a settlement conference on June 25, 2010, at 9:00 a.m.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. This case is set for mediation on June 25, 2010, at 9:00 a.m. at the U.S. District Court, 501 I Street, Sacramento, in Courtroom #7.

        2. Parties are to appear with full settlement authority.

/////

1    3.  The parties are directed to provide confidential settlement conference
2 statements to Sujean Park, ADR Coordinator, 501 I Street, Suite 4-200, Sacramento, California
3 95814, so that they arrive no later than June 18, 2010.
4 DATED: April 26, 2010.

UNITED STATES MAGISTRATE JUDGE