IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MERCURINO FERRARO, an individual and ESTATE OF SALVATORE FERRARO, By and through his Administrator, MERCURINO FERRARO; MERCURINO FERRARO as Guardian Ad-Litem for SAVANAH FERRARO, a minor,

        Plaintiffs,

vs.

STATE OF CALIFORNIA, et al.,

        Defendants.

No. 2:09-cv-1721 GEB JFM (PC)

<u>ORDER</u>

        On January 10, 2011, the parties notified the court that the above-captioned case has been settled. The court now orders that documents disposing of the case be filed no later than sixty days from the date of this order.

        All hearing dates heretofore set in this matter and all pending motions are hereby vacated.

/////

/////

/////

1

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.

DATED: January 13, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/014;ferr1721.58b